## The Erie City Bank *versus* Compton.

To entitle a defendant who is not a freeholder to the stay of execution, he must enter bail for the same within thirty days from the rendition of the judgment.

ERROR to the Court of Common Pleas of *Erie county*.

This was an action of assumpsit on a promissory note. Judgment was entered February 23, 1856, for a want of an affidavit of defence. Execution was issued the same day and put into the sheriff's hands on the 25th. March 26, 1856, defendant entered bail for the stay of execution, which was approved by the President Judge. April 22, 1856, defendant moved the court to set aside the execution on the ground that bail had been entered for the stay. The court (GALBRAITH, P. J.) granted a rule to show cause, and made it absolute March 23, 1856.

The setting aside the execution was assigned as error.

*Grant*, for plaintiff in error.—The defendant claims a special statutory privilege, hence, the provisions of the statute must be strictly complied with : Zack *v.* Pennsylvania Railroad Company, 1 *Casey* 396 ; Smith *v.* Moffat, 1 *Barb.* 65 ; Young *v.* McKenzie, 3 *Kelley* 31 ; Schuyler & Co. *v.* Mercer County, 4 *Gilm.* 20. The Act of 16th June, 1836, *Pamph. Laws* 796, confers a special privilege only on such as comply with its conditions by entering bail and having it approved within thirty days: Mann *v.* Alberti, 2 *Binn.* 195 ; Blackwell *v.* Johnson, 2 *Miles* 346 ; Picard *v.* Prescott, 1 *Pa. Law Jour.* 1 ; Roup *v.* Waldhauer, 12 *Ser. & R.* 24.

*Lane*, for defendant in error.

The opinion of the court was delivered by

[Erie City Bank *v.* Compton.]

LEWIS, C. J.—A stay of execution is a privilege in derogation. of the common law rights of the plaintiff, and the party claiming the privilege must bring himself strictly within the statute granting it. The statute requires, as a condition, that bail shall be entered within thirty days "from the rendition of the judgment." In this case the judgment·was entered on the 23d February, 1856, and the bail was not entered until the 26th of March, 1856. This was too late, and the court below fell into an error in setting aside the execution.

The order setting aside the execution is reversed, and the record remitted for further proceedings according to law.